United States District Court
Southern District of Texas
**ENTERED**
October 19, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| ERIC KINGSTON, *et al*, § <br> § <br> Plaintiffs, § <br> VS. § <br> § <br> DEUTSCHE BANK NATIONAL TRUST § <br> CO., AS TRUSTEE FOR NOVASTAR § <br> MORTGAGE FUNDING TRUST, SERIES § <br> 2007-1 NOVASTAR HOME EQUITY § <br> LOAN ASSET-BACKED § <br> CERTIFICATES, SERIES 2007-1, *et al*, § <br> § <br> Defendants. § | CIVIL ACTION NO. 3:18-CV-00212 |

## CONDITIONAL DISMISSAL ORDER

The Court has been advised that a settlement has been reached between the parties. Accordingly, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims, unless any party represents in writing filed with the Court on or before **November 18, 2018**, that the settlement could not be completely documented.

All pending motions are hereby **DENIED, as moot**.

SIGNED at Galveston, Texas, this 19th day of October, 2018.

_____
George C. Hanks Jr.
United States District Judge