United States District Court
Southern District of Texas
**ENTERED**
November 06, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| ERIC KINGSTON, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 3:18-CV-00212 |
| § | |
| DEUTSCHE BANK NATIONAL TRUST § | |
| CO., AS TRUSTEE FOR NOVASTAR § | |
| MORTGAGE FUNDING TRUST, SERIES § | |
| 2007-1 NOVASTAR HOME EQUITY § | |
| LOAN ASSET-BACKED § | |
| CERTIFICATES, SERIES 2007-1, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

On November 1, 2018, the Plaintiffs and Defendants filed a Joint Stipulation of Dismissal with Prejudice (Dkt. 13) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Galveston, Texas, this 6th day of November, 2018.

*/s/ George C. Hanks Jr.*
George C. Hanks Jr.
United States District Judge